Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (if known): _____ Chapter _____

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual                                                12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:
☑ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**   INDEPENDENT PORTFOLIO CONSULTANTS INC.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**
☐ Unknown
90-0001325
EIN

**5. Debtor's address**

Principal place of business:
5002 T-Rex Avenue
Suite 225
Boca Raton, FL 33431

County: Palm Beach

Mailing address, if different:
Number   Street
P.O. Box
City   State   ZIP Code

Location of principal assets, if different from principal place of business:
Number   Street
City   State   ZIP Code

Debtor **INDEPENDENT PORTFOLIO CONSULTANTS, INC.**    Case number (if known) _____

6. Debtor's website (URL)   **www.ipcanswers.com**

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☑ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

### Part 3: Report About the Case

10. **Venue**

    Check one:
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☑ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor **INDEPENDENT PORTFOLIO CONSULTANTS, INC.**                Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| MARGARET APARICIO | UNPAID LOAN | $300,000.00 |
| ERNST MAHLER | UNPAID LOAN | $400,000.00 |
| IRENE NIGEN | UNPAID LOAN | $250,000.00 |
| | Total of petitioners' claims | $950,000.00 |

561-704-5777 →

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                **Attorneys**

Name and mailing address of petitioner

**MARGARET APARICIO**
Name

**15725 MEADOW WOOD DRIVE**
Number    Street

**WELLINGTON    FL    33414**
City                State        ZIP Code

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State _____ ZIP Code _____

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

_____
City        State        ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/29/2016**
        MM / DD / YYYY

X _____
Signature of attorney

X [signature]
Signature of petitioner or representative, including representative's title

Date signed _____
MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 3

Debtor: INDEPENDENT PORTFOLIO CONSULTANTS, INC.

Case number (if known): _____

**Name and mailing address of petitioner**

Name: ERNST MAHLER, III
Number Street: 41 COUNTRY ROAD SOUTH
City/State/ZIP: VILLAGE OF GOLF, FL 33436

Printed name: _____
Firm name, if any: _____
Number Street: _____
City / State / ZIP Code: _____
Contact phone: _____ Email: _____
Bar number: _____
State: _____

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City / State / ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/29/2016

X _____ (Signature of petitioner or representative, including representative's title)

X _____ Signature of attorney
Date signed: __ / __ / ____

---

**Name and mailing address of petitioner**

Name: IRENE NIGEN
Number Street: 21740 FALL RIVER DRIVE
City/State/ZIP: BOCA RATON, FL 33428

Printed name: _____
Firm name, if any: _____
Number Street: _____
City / State / ZIP Code: _____
Contact phone: _____ Email: _____
Bar number: _____
State: _____

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City / State / ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/29/2016

X Irene S. Nigen (Signature of petitioner or representative, including representative's title)

X _____ Signature of attorney
Date signed: __ / __ / ____